Anna Y. Park, CA SBN 164242
Sue J. Noh, CA SBN 192134
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA  90012
Telephone:  (213) 894-1083
Facsimile:  (213) 894-1301
E-mail: lado.legal@eeoc.gov

Nechole Garcia, NV SBN 12746
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
333 Las Vegas Boulevard South, Suite 8112
Las Vegas, Nevada 89101
Telephone: (702) 388-5072
Facsimile: (702) 388-5094

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>            Petitioner,<br><br>     v.<br><br>FIDELITY NATIONAL TITLE,<br><br>            Respondent. | Case No.  2:16-cv-01633-APG-VCF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER VACATING HEARING DATE AND SETTING DATE FOR JOINT STATUS REPORT** |

   The Petitioner U.S. Equal Employment Opportunity Commission ("EEOC") and Respondent Fidelity National Title ("Respondent) hereby agree and stipulate to the following:

1.     On July 12, 2016 the EEOC filed an Application to Show Cause as to why its Subpoena *duces tecum* (Subpoena No. LV-016-01) Respondent should not be enforced.  In addition to the

2

1. Application, the EEOC filed a Proposed Order to Show Cause, Memorandum of Points and Authorities, and supporting documents. (ECF No. 1).

2. On August 19, 2016, Magistrate Judge Cam Ferenbach scheduled a Show Cause Hearing for September 19, 2016 at 10:00 a.m., and ordered Respondent to file a Response to the EEOC's Application to Show Cause on or before September 14, 2016. (ECF No. 6).

3. The parties are engaged in efforts to resolve the subpoena enforcement action currently before the Court. On September 9, 2016, Respondent emailed documents to the EEOC responsive to Subpoena No. LV-16-01 request numbers one through three.

4. On September 12, 2016, Respondent notified the EEOC that it would need an additional thirty (30) days to produce documents responsive to subpoena request numbers four and five. Respondent agrees to produce these documents by October 14, 2016.

5. In light of Respondent's need to for additional time to produce documents responsive to Subpoena LV-16-01 request numbers four and five, the parties stipulate to an order as follows:

   a. The September 14, 2016 response due date and the September 19, 2016 hearing date are vacated;

   b. Respondent shall produce all responsive documents in compliance with the EEOC's Subpoena by October 14, 2016;

   c. The parties shall provide the Court with a joint status report by **October 21, 2016** regarding if Respondent fully complies with Subpoena No. LV-16-01.

6. If the EEOC reviews the remaining documents responsive to Subpoena requests number four and five to be produced by October 14, 2016, and determines that Respondent has failed to produce all responsive documents, the parties stipulate to an order setting the following briefing schedule:

   a. Respondent's Response to the Order to Show Cause shall be filed on or before October 27, 2016;

   b. The EEOC may file a response to Respondent's Response on or before November 10, 2016; and

   c. A hearing on this matter shall be reset for _November 28_, 2016 at _11:00_ am.

3

Dated: September 13, 2016          Respectfully submitted,

                                               U.S. EQUAL EMPLOYMENT
                                               OPPORTUNITY COMMISSION

                                               By:   /s/ *Nechole Garcia*
                                                          NECHOLE GARCIA
                                                          Attorney for the EEOC

Dated: September 13, 2016          Respectfully submitted,

                                               FIDELITY NATIONAL TITLE

                                               By:   */s/Patrick Mortimer*
                                                          PATRICK MORTIMER
                                                          Attorney for FIDELITY NATIONAL TITLE

## **[PROPOSED] ORDER UPON STIPULATION**

For good cause shown, IT IS SO ORDERED.

Dated: 9-14-2016 _____    _____
                                                                                 UNITED STATES MAGISTRATE JUDGE

Anna Y. Park, CA SBN 164242
Sue J. Noh, CA SBN 192134
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone:  (213) 894-1083
Facsimile:  (213) 894-1301
E-Mail:  lado.legal@eeoc.gov

Nechole Garcia, NV SBN 12746
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
333 Las Vegas Boulevard South, Ste 8112
Las Vegas, Nevada 89101
Telephone: (702) 388-5072
Facsimile:  (702) 388-5094

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>FIDELITY NATIONAL TITLE,<br><br>　　　　　Respondent. | ) Case No: 2:16-cv-01633-APG-VCF<br>)<br>) **CERTIFICATE OF SERVICE**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
|---|---|

1

1  I am, and was at the time the herein mentioned mailing took place, a citizen of the United
2  States, over the age of eighteen (18) years and not a party to the above-entitled cause.
3  I am employed in the Legal Unit of the Los Angeles District Office of the United States
4  Equal Employment Opportunity Commission.
5  My business address is U.S. Equal Employment Opportunity Commission, Las Vegas
6  Local Office, 333 Las Vegas Boulevard South, Ste 8112, Las Vegas, NV 89101.
7  On the date that this declaration was executed, as shown below, I served the foregoing
8  JOINT STIPULATION AND [PROPOSED] ORDER VACATING HEARING DATE AND
9  SETTING DATE FOR JOINT STATUS REPORT; CERTIFICATE OF SERVICE via the Case
10  Management/Electronic Case Filing (CM/ECF) system to:

Patrick Mortimer, Esq.
VP/Employment Counsel
Fidelity National Financial, Inc.
4 Executive Circle, Suite 270
Irvine, CA 92614
patrick.mortimer@fnf.com

16  I declare under penalty of perjury that the foregoing is true and correct.
17  Executed on September 13, 2016, at Las Vegas, NV.

        /s/ Nechole Garcia
          Nechole Garcia

2