Anna Y. Park, CA SBN 164242
Sue J. Noh, CA SBN 192134
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA  90012
Telephone:  (213) 894-1083
Facsimile:  (213) 894-1301
E-mail: lado.legal@eeoc.gov

Nechole Garcia, NV SBN 12746
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
333 Las Vegas Boulevard South, Suite 8112
Las Vegas, Nevada 89101
Telephone: (702) 388-5072
Facsimile: (702) 388-5094

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Petitioner, <br><br> v. <br><br> FIDELITY NATIONAL TITLE, <br><br> Respondent. | Case No.  2:16-cv-01633-APG-VCF <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER VACATING HEARING DATE AND SETTING DATE FOR JOINT STATUS REPORT** |

The Petitioner U.S. Equal Employment Opportunity Commission ("EEOC") and Respondent Fidelity National Title ("Respondent) hereby agree and stipulate to the following:

1. In the October 21, 2016 Joint Status Report (ECF No. 9), the Petitioner United States Equal Employment Opportunity Commission ("EEOC" or "Commission")  and Respondent

2

Fidelity National Title ("Respondent") agreed they would notify the Court if they were able to resolve their remaining issues regarding the EEOC's Subpoena No. LV-16-01 ("Subpoena").

2. On October 21, 2016, the parties met and conferred regarding the Subpoena. During that meeting, Respondent agreed to produce additional information responsive to Subpoena requests four and five. The Commission agreed to allow Respondent more time to produce the information if necessary.

3. On October 25, 2016, Respondent produced additional information responsive to Subpoena request number four.

4. On October 26, 2016, Respondent notified the Commission it would produce more documentation responsive to Subpoena request numbers four and five, but needs an additional three weeks to produce the documents because of an unrelated data center migration. Respondent agrees to produce these documents by November 17, 2016.

5. In light of Respondent's need for additional time to produce documents responsive to Subpoena LV-16-01 request numbers four and five, and in the interests of judicial economy, the parties stipulate and request an order as follows:

   a. The October 27, 2016 response due date, the November 10, 2016 reply due date, and the November 28, 2016 hearing date are vacated;
   b. Respondent shall produce all responsive documents in compliance with the EEOC's Subpoena by November 17, 2016;
   c. The parties shall provide the Court with a joint status report by **November 23, 2016** regarding if Respondent fully complies with Subpoena No. LV-16-01.

6. If the EEOC reviews the remaining documents responsive to Subpoena requests number four and five to be produced by November 17, 2016, and determines that Respondent has failed to produce all responsive documents, the parties stipulate and request an order setting the following briefing schedule:

   a. Respondent's Response to the Order to Show Cause shall be filed on or before November 30, 2016;
   b. The EEOC may file a reply to Respondent's Response on or before December 14, 2016; and
   c. A hearing on this matter shall be reset for December 16, 2016 at 2:00 p.m. ~~am~~.

Dated: October 27, 2016                Respectfully submitted,

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

By:   */s/ Nechole Garcia*
       NECHOLE GARCIA
       Attorney for the EEOC

Dated: October 27, 2016                Respectfully submitted,

FIDELITY NATIONAL TITLE

By:   */s/ Patrick Mortimer*
       PATRICK MORTIMER
       Vice President/Employment Counsel for
        FIDELITY NATIONAL TITLE

## [PROPOSED] ORDER UPON STIPULATION

For good cause shown, IT IS SO ORDERED.

Dated: 10-27-2016                     _____
                                       UNITED STATES MAGISTRATE JUDGE

4

Anna Y. Park, CA SBN 164242
Sue J. Noh, CA SBN 192134
Rumduol Vuong, CA SBN 264392
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Nechole M. Garcia, NV SBN 12746
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
333 Las Vegas Boulevard South, Suite 8112
Las Vegas, NV 89101
Telephone: (702) 388-5072
Facsimile: (702) 388-5094
E-Mail: nechole.garcia@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Petitioner,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE,<br><br>    Respondent. | Case No: 2:16-cv-01633-APG-VCF<br><br>**CERTIFICATE OF SERVICE** |

-1-

1     I am, and was at the time the herein mentioned delivery took place, a citizen of the United States, over the age of eighteen (18) years.

    I am employed in the Legal Unit of the Los Angeles District Office of the United States Equal Employment Opportunity Commission.

    My business address is U.S. Equal Employment Opportunity Commission, Las Vegas Local Office, 333 Las Vegas Boulevard South, Ste 8112, Las Vegas, NV 89101.

    On the date that this declaration was executed, as shown below, I served the foregoing **JOINT STIPULATION AND [PROPOSED] ORDER VACATING HEARING DATE AND SETTING DATE FOR JOINT STATUS REPORT**, via the Case Management/Electronic Case Filing (CM/ECF) system to:

> Patrick Mortimer, Esq.
> VP/Employment Counsel
> Fidelity National Financial, Inc.
> 4 Executive Circle, Suite 270
> Irvine, CA 92614
> patrick.mortimer@fnf.com

    I declare under penalty of perjury that the foregoing is true and correct. Executed on October 27, 2016.

> /s/ Nechole Garcia
> Nechole Garcia