# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                    Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE,<br><br>                    Defendant. | 2:16-cv-01633-APG-VCF<br>**MINUTE ORDER** |

The U.S. Equal Employment Opportunity Commission has filed a request for voluntary dismissal of its application for order to show cause why subpoena should not be enforced and order (ECF No. 12).

Accordingly,

IT IS HEREBY ORDERED that the show cause hearing scheduled for December 16, 2016 at 2:00 p.m. is VACATED.

DATED this 7th day of December, 2016.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE