Anna Y. Park, CA SBN 164242
Sue J. Noh, CA SBN 192134
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA  90012
Telephone:  (213) 894-1083
Facsimile:  (213) 894-1301
E-mail: lado.legal@eeoc.gov

Nechole Garcia, NV SBN 12746
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
333 Las Vegas Boulevard South, Suite 8112
Las Vegas, Nevada 89101
Telephone: (702) 388-5072
Facsimile: (702) 388-5094

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Petitioner, <br><br> v. <br><br> FIDELITY NATIONAL TITLE, <br><br> Respondent. | Case No.  2:16-cv-01633-APG-VCF <br><br> **PETITIONER EEOC'S REQUEST FOR VOLUNTARY DISMISSIAL OF ITS APPLICATION FOR ORDER TO SHOW CAUSE WHY SUBPOENA SHOULD NOT BE ENFORCED AND ORDER** |

On July 12, 2016 the EEOC filed an Application to Show Cause as to why its Subpoena No. LV-016-01 ("Subpoena") against Respondent should not be enforced.  In addition to the Application, the EEOC filed a Proposed Order to Show Cause, Memorandum of Points and Authorities, and supporting documents. (ECF No. 1).

2

On September 9, 2016, Respondent produced documents to the EEOC responsive to Subpoena Request numbers one through three. In the Joint Stipulation and Order filed by the parties (ECF No. 8), Respondent agreed to produce documents responsive to Subpoena request numbers four and five by October 14, 2016.

In the October 21, 2016 Joint Status Report (ECF No. 9) the parties provided an update to the Court. On September 16, 2016, Respondent furnished additional information to the EEOC in response to Subpoena request number four.  On October 20, 2016, Respondent supplied further documents to the EEOC in further response to Subpoena requests number four and five.  In the Joint Status Report (ECF No. 9), the parties agreed they would notify the Court if they were able to resolve their remaining issues with the EEOC's Subpoena.

On October 25, 2016, Respondent produced additional information responsive to Subpoena request number four. On October 26, 2016, Respondent notified the Commission it would produce more documentation responsive to Subpoena request numbers four and five by November 17, 2016.  Accordingly, the parties filed a second Joint Stipulation and Order requesting Respondent be granted more time to produce responsive documents. (ECF No. 10).

On November 7, 2016, Respondent produced additional documents responsive to Subpoena request numbers four and five. Thus, the EEOC no longer requires the assistance of the Court to enforce the Subpoena at this time. As such, the EEOC respectfully requests the dismissal of this subpoena enforcement action without prejudice.

Dated: November 16, 2016                     Respectfully submitted,

                                             U.S. EQUAL EMPLOYMENT
                                             OPPORTUNITY COMMISSION

                                             By:   /s/Nechole Garcia
                                                   NECHOLE GARCIA
                                                   Attorney for the EEOC

                                              **ORDER**

For good cause shown, IT IS SO ORDERED.

Dated: December 23, 2016

                                             UNITED STATES DISTRICT JUDGE

3